1  Ronald L. Richman (SBN 139189)
   BULLIVANT HOUSER BAILEY PC
2  101 Montgomery Street, Suite 2600
   San Francisco, CA  94104-4146
3  Telephone: 415.352.2700
   Facsimile: 415.352.2701
4  E-mail:  ron.richman@bullivant.com

5  Attorneys for Defendant
   TANGOCODE, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED VOLUME BUYERS, INC., a Cooperative Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TANGOCODE, INC., and DOES 1-25,<br><br>　　　　　　Defendants. | Case No.: 2:20-CV-00774-JAM-AC<br><br>**STIPULATION TO TRANSFER VENUE; ORDER THEREON;**<br><br>**DATE:**　**June 16, 2020**<br>**TIME:**　**1:30 p.m.**<br>**CTRM:**　**6, 14th Floor**<br>　　　　　**501 I Street**<br>　　　　　**Sacramento, CA**<br><br>**Hon. John A. Mendez** |

## STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff Associated Volume Buyers, Inc., on the one hand, and defendant TangoCode, Inc., on the other hand, through their respective counsel, that this Court grant defendant TangoCode, Inc.'s motion to transfer venue to the United States District Court, Northern District of Illinois.

DATED: June 2, 2020

                                                    BULLIVANT HOUSER BAILEY PC

                                                    By */s/ Ronald L. Richman*
                                                            Ronald L. Richman

Attorneys for Defendant
TANGOCODE, INC.

DATED: June 2, 2020

                                                  CARSON & KYUNG, A LAW CORPORATION

                                                      By */s/ Trevor Carson*
                                                           Trevor Carson

Attorneys for Plaintiff
ASSOCIATED VOLUME BUYERS, INC.

**<u>ORDER</u>**

PURSUANT TO STIPULATION BY THE PARTIES:

IT IS HEREBY ORDERED that defendant's motion to transfer venue be, and hereby is granted, that this case be transferred to the United States District Court, Northern District of Illinois.

IT IS FURTHER ORDERED that the Clerk of Court enter this Order and that along with this file, a copy of this Order shall be forwarded to the Clerk of Court for the United States District Court, Northern District of Illinois.

IT IS SO ORDERED.

DATED: June 2, 2020

                                            /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Court Judge

*****